ALTENBERND, Judge.
 

 S.M., the father, has filed a petition for writ of certiorari seeking to vacate a nonfi-nal order entered after a status review hearing in a dependency proceeding. The order suspended his supervised visitation and contact with his children, M.M. and G.M. The Department of Children and Family Services concedes that the trial court departed from the essential requirements of law in suspending visitation without finding that visitation was not in the best interest of the children. Based on this concession of error, we grant the petition for writ of certiorari, vacate the order, and remand for further proceedings as we did recently in V.S.
 
 v. Department of Children & Family Services,
 
 61 So.3d 414 (Fla. 2d DCA 2010).
 
 See also R.P. v. Dep’t of Children & Families,
 
 41 So.3d 432 (Fla. 3d DCA 2010).
 

 Petition granted.
 

 WHATLEY and KELLY, JJ., Concur.